BEFORE JUDGE FORD, DECEMBER 12, 1968

**No. R68/43.**—Blaser & Mericle, Inc. *v.* United States, reappraisement R64/15576 (Cleveland).

**No. R68/44.**—Carey Machinery and Supply Co., Inc. *v.* United States, reappraisement R62/3267 (Baltimore).

**No. R68/45.**—Castelazo & Associates, a/c Hahn Hallet Machinery Co. *v.* United States, reappraisement R61/23215 (Los Angeles).

**No. R68/46.**—Gallagher & Ascher Co. *v.* United States, reappraisement R62/6909 (Chicago).

**No. R68/47.**—Gallagher & Ascher Co. *v.* United States, reappraisement R62/6910 (Chicago).

**No. R68/48.**—Gallagher & Ascher Co. *v.* United States, reappraisement R62/6911 (Chicago).

**No. R68/49.**—Gehrig, Hoban & Co., Inc. *v.* United States, reappraisement R62/836 (New York).

**No. R68/50.**—Gehrig, Hoban & Co., Inc. *v.* United States, reappraisement R62/3232 (New York).

**No. R68/51.**—Gehrig, Hoban & Co., Inc. *v.* United States, reappraisement R62/4007 (New York).

**No. R68/52.**—Gehrig, Hoban and Co., Inc. *v.* United States, reappraisement R62/6479 (New York).

**No. R68/53.**—Gehrig, Hoban and Co., Inc. *v.* United States, reappraisement R62/6507 (New York).

**No. R68/54.**—Gehrig, Hoban & Co., Inc. *v.* United States, reappraisement R62/7720 (New York).

**No. R68/55.**—Gehrig, Hoban & Co., Inc. *v.* United States, reappraisement R62/10206 (New York).

**No. R68/56.**—Patrick & Graves *v.* United States, reappraisement R62/5064 (Houston).

In accordance with stipulation of counsel that the issue is the same in all material respects as that involved in *United States* v. *Gehrig, Hoban & Co., Inc.* (54 CCPA 129, C.A.D. 924), the court found and held that export value, as that value is defined in section 402(b), Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, is the proper basis for the determination of value for the Eleroda D–1 or D–1S sparking machines, with accessories, in issue and that such value is the appraised value, less agent commission.